# LOCAL BANKRUPTCY FORM 2016-4

## STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name __Kenneth Rushing__      Case No._____

Address __2601 W. Huntingdon ST.__      Chapter of Case_____

Telephone Number (home) __(267) 252-4736__      Date Case Filed_____

Telephone Number (work) _____      Date this Form Submitted _____

1.  List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    __N/A__

2.  State how you were referred to the person or business named above or the source of advertisement you responded to.

    __N/A__

3.  a.  Total fee charged by person or business named above $ _____

    b.  Amount of fee paid as of the date you filed bankruptcy $ _____

    c.  Did the preparer tell you the amount of court costs that must be paid to file your case?
        YES      (NO)     (circle one)

4.  Were various chapters or types of bankruptcy explained to you?
    (YES)     NO     (circle one)

    Other Comments __N/A__

5.  Did the preparer explain to you that you have the right to claim certain property as exempt?
    YES     (NO)     (circle one)

6.  Did the preparer give you a copy of the papers he prepared for you?
    YES     (NO)     (circle one)

    __Kenneth Rushing__
    Signature of Debtor(s)

FILED 2017 NOV 28 AM 9:52 U.S. BANKRUPTCY COURT